JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIO GONZALES,<br><br>Petitioner<br><br>v.<br><br>KATHLEEN ALLISON,<br><br>Respondent. | Case No. 2:22-cv-04419-MWF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

Dated: August 10, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge